UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ROGACIANO GONZALES-MENDOZA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | NO.  CV-05-5065-CI |
| v. | ) | |
| | ) | |
| RICHARD MORGAN, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition and its claims for relief are **DISMISSED WITH PREJUDICE**, and Judgment is entered for Respondent.

DATED this 20th day of May, 2008

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk